LARS T. FULLER (No. 141270)
SAM TAHERIAN (No. 170953)
JOYCE K. LAU (No. 267839)
THE FULLER LAW FIRM, P.C.
60 North Keeble Ave.
San Jose, CA 95126
Telephone: (408) 295-5595
Facsimile: (408) 295-9852

Attorney for Debtor(s)

# U.S. BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:                                    ) Case No.: 12-51136-SLJ
                                          )
Carmencita Samonte                        ) **AMENDMENT TO SCHEDULE(S)**
                                          )
        Debtor                            ) CHAPTER 13
                                          )
_____   )

    COMES NOW Debtor Carmencita Samonte and amend her schedules as follows:

Dated: March 30, 2012                    THE FULLER LAW FIRM, P.C.


                                            By: /s/ Joyce K. Lau
                                            Joyce K. Lau, Attorney for Debtor

    I declare under penalty of perjury under the laws of the United States of America that the attached schedules are true and correct.

Dated: March 30, 2012

                                        /s/ Carmencita Samonte
                                        Debtor, Carmencita Samonte

Amendment to Schedule(s)
Case: 12-51136   Doc# 10   Filed: 03/30/12   Entered: 03/30/12 14:33:25   Page 1 of 7

B6B (Official Form 6B) (12/07)

In re  Carmencita Samonte                               Case No. 12-51136-SLJ
       Debtor                                                    (If known)

AMENDED

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See. 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Debtor's possession | | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo checking<br>Debtor's possession | | 1,700.00 |
| | | Wells Fargo savings<br>Debtor's possession | | 700.00 |
| | | Kaiser CU checking<br>Debtor's possession | | 2,000.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Furniture<br>Debtor's residence | | 300.00 |
| | | Linens, sheets and towels<br>Debtor's residence | | 100.00 |
| | | Mattress and box spring<br>Debtor's residence | | 75.00 |
| | | Personal computer<br>Debtor's residence | | 300.00 |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  Carmencita Samonte     Case No.  12-51136-SLJ
    Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Refrigerator<br>Debtor's residence | | 300.00 |
| | | Small kitchen appliances<br>Debtor's residence | | 100.00 |
| | | TV's, stereos, other electronics<br>Debtor's residence | | 400.00 |
| | | Washer and dryer<br>Debtor's residence | | 300.00 |
| 5.  Books. Pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | Clothing and Wearing Apparel<br>Debtor's residence and debtor's person | | 400.00 |
| 7.  Furs and jewelry. | | Jewelry<br>Debtor's residence and debtor's person | | 400.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Stonebridge Life Insurance (A)<br>Debtor's possession<br>Term Life Insurance | | 1.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401K | | 90,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

**AMENDED**

In re  Carmencita Samonte  Case No. 12-51136-SLJ
        Debtor                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | Debtor's possession<br>Kaiser | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Anticipated tax refund (A)<br><br>Debtor's possession<br>value per 2011 tax return | | 6,753.00 |
| 17. Alimony, maintenance, support, and property settlement to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate or a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights of setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Bankruptcy2012 ©1991-2012, New Hope Software, Inc., ver. 4.6.6-770 - 31614-302Y-06410 - PDF-XChange 3.0

AMENDED

In re  Carmencita Samonte                    Case No.  12-51136-SLJ
　　　　　　Debtor                                     (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Toyota Highlander (70,000 miles) <br> Debtor's residence <br> Private party value | | 13,192.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

　　　　　　　　　　　　　　0  continuation sheets attached    Total   $   117,061.00

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

In re   Carmencita Samonte                                     Case No.   12-51136-SLJ
        Debtor                                                            (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)                    ☐ Check if debtor claims a homestead exemption that exceeds $146,450*.
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| 2003 Toyota Highlander (70,000 miles) | C.C.P. 703.140(b)(2)<br>C.C.P. 703.140(b)(5) | 3,525.00<br>9,667.00 | 13,192.00 |
| Wells Fargo checking | C.C.P. 703.140(b)(5) | 1,700.00 | 1,700.00 |
| Wells Fargo savings | C.C.P. 703.140(b)(5) | 700.00 | 700.00 |
| Kaiser CU checking | C.C.P. 703.140(b)(5) | 2,000.00 | 2,000.00 |
| 401K | C.C.P. 703.140(b)(10)(E) | 90,000.00 | 90,000.00 |
| Anticipated tax refund (A) | C.C.P. 703.140(b)(5) | 6,753.00 | 6,753.00 |
| Cash on hand | C.C.P. 703.140(b)(5) | 40.00 | 40.00 |
| Clothing and Wearing Apparel | C.C.P. 703.140(b)(3) | 400.00 | 400.00 |
| Furniture | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Jewelry | C.C.P. 703.140(b)(4) | 400.00 | 400.00 |
| Linens, sheets and towels | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| Mattress and box spring | C.C.P. 703.140(b)(3) | 75.00 | 75.00 |
| Personal computer | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Refrigerator | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |
| Small kitchen appliances | C.C.P. 703.140(b)(3) | 100.00 | 100.00 |
| TV's, stereos, other electronics | C.C.P. 703.140(b)(3) | 400.00 | 400.00 |
| Washer and dryer | C.C.P. 703.140(b)(3) | 300.00 | 300.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Case: 12-51136   Doc# 10   Filed: 03/30/12   Entered: 03/30/12 14:33:25   Page 6 of 7

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Page)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Stonebridge Life Insurance (A) | C.C.P. 703.140(b)(7) | 1.00 | 1.00 |
|  | Total exemptions claimed: | 117,061.00 |  |